DAVID M. MICHAEL, CSBN 74031
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:         dmmp5@aol.com

Attorneys for Claimant
DAMON J. LOUIS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$133,420.00 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br>_____/<br>DAMON J. LOUIS,<br><br>    Claimant.<br>_____/ | Case No. CV 09 8096 PCT NVW<br><br>NOTICE OF SERVICE OF CLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF UNITED STATES OF AMERICA PURSUANT TO RULE 33, FED.R.CIV.P. |

   Claimant DAMON J. LOUIS, by and through counsel, hereby gives notice that CLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF UNITED STATES OF AMERICA PURSUANT TO RULE 33, FED.R.CIV.P. has been served upon the Plaintiff, United States of America, on the date of the filing of this Notice.

DATED: 14 August 2009

- 1 -

/S/DAVID M. MICHAEL
DAVID M. MICHAEL
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
dmmp5@aol.com

Attorney for Claimant
DAMON J. LOUIS

**CERTIFICATE OF SERVICE**

I hereby certify that, on 14 August 2009, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

AUSA Ried C. Pixler
Office of the US Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
reid.pixler@usdoj.gov

/S/DAVID M. MICHAEL
DAVID M. MICHAEL
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
dmmp5@aol.com

Attorney for Claimant
DAMON J. LOUIS