**DAVID M. MICHAEL, CSBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
**101 California Street, Suite 2450**
**San Francisco, CA 94111**
**Telephone:  (415) 946-8996**
**Facsimile:    (877) 538-6220**
**E-mail:      dmmp5@aol.com**

**Attorneys for Claimant**
**DAMON J. LOUIS**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

 $133,420.00  IN UNITED STATES
CURRENCY,

        Defendant.
_____/
DAMON J. LOUIS,

        Claimant.
_____/

**Case No. CV 09 8096 PCT NVW**

**NOTICE OF SERVICE OF
CLAIMANT'S REQUEST FOR
PRODUCTION OF DOCUMENTS
PURSUANT TO RULE 34,
FED.R.CIV.P.**

      Claimant DAMON J. LOUIS, by and through counsel, hereby gives notice that

CLAIMANT'S REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE 34,

FED.R.CIV.P. has been served upon the Plaintiff, United States of America, on the date of the

filing of this Notice.

DATED: 14 August 2009

- 1 -

/S/DAVID M. MICHAEL
DAVID M. MICHAEL
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
dmmp5@aol.com

Attorney for Claimant
DAMON J. LOUIS

## CERTIFICATE OF SERVICE

I hereby certify that, on 14 August 2009, I caused to be electronically filed the foregoing

with the clerk of the court by using the CM/ECF system, which will send a notice of electronic

filing to the following:

AUSA Ried C. Pixler
Office of the US Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
reid.pixler@usdoj.gov

/S/DAVID M. MICHAEL
DAVID M. MICHAEL
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
dmmp5@aol.com

Attorney for Claimant
DAMON J. LOUIS

- 2 -