DENNIS K. BURKE
United States Attorney
District of Arizona

REID C. PIXLER
Assistant United States Attorney
Arizona State Bar Number 12850
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
reid.pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$133,420.00 in United States Currency,<br><br>Defendant. | **CV 09-08096-PCT-NVW**<br><br>**NOTICE OF RECEIPT OF CLAIMANT'S RESPONSES TO PLAINTIFF'S**<br><br>RULE G(6)<br>SPECIAL DISCOVERY |

On October 5, 2009, the United States of America, by and through its undersigned counsel, served Plaintiff's Special Interrogatories; Including Requests for Productions of Documents and Admissions upon Damon J. Louis, through his attorney of record, David M. Michael, 101 California Street, Suite 2450, San Francisco, California, 94111, via Certified U.S. mail, Return Receipt reflecting receipt by Mr. Louis through counsel on October 8, 2009. (Dkt#19)   On December 9, 2009, Claimant Damon J. Louis through counsel filed a Notice of Service of Claimant's Responses to Plaintiff's Special Interrogatories; Including Requests for Production of Documents and Admissions. (Dkt#20)

Plaintiff gives notice that  December 24, 2009, Plaintiff received Claimant's responses to the government's Rule G(6) Special Discovery.  The responses to discovery were sent to

...

1 an incorrect address resulting in the 15 day delay.

2    Respectfully submitted this 5th day of January 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*S/Reid C. Pixler*

REID C. PIXLER
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Damon J. Louis
c/o David M. Michael
101 California Street, Suite 2450
San Francisco, California 94111
dmmp5@aol.com

By: *S/Victoria Tiffany*
    Victoria Tiffany