IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-09-8096-PCT-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| $133,420.00 in U.S. Currency, ) | |
| Defendant. ) | |

Before the Court is Plaintiff's Motion for Entry of Judgment (Doc. 85). The Court finds that Plaintiff has established, by a preponderance of the evidence, that the Defendant currency is proceeds traceable to an intended exchange for a controlled substance and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Judgment (Doc. 85) is granted. The Clerk shall enter judgment in favor of Plaintiff and against Defendant and Claimant Damon Louis and that the Defendant res is forfeited to Plaintiff and shall be disposed of according to law by the United States Marshals Service. The Clerk shall terminate this action.

DATED this 6th day of August, 2010.

Neil V. Wake
United States District Judge