**DAVID M. MICHAEL, CSBN 74031**
**EDWARD M. BURCH, CSBN 255470**
**LAW OFFICES OF DAVID M. MICHAEL**
**101 California Street, Suite 2450**
**San Francisco, CA 94111**
**Telephone:   (415) 946-8996**
**Facsimile:    (877) 538-6220**
**E-mail:        dmmp5@aol.com**

**Attorneys for Claimant**
**DAMON J. LOUIS**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$133,420.00 IN UNITED STATES CURRENCY,

    Defendants.
_____/

DAMON J. LOUIS,

    Claimant.
_____/

**Case No. CV 09 8096 PCT NVW**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1291, Fed. R. App. P. 3(c) and Fed R. App. P. 4(a)(1)(B), DAMON J. LOUIS, Claimant in the above entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order (Doc. # 91) issued by the District Court on 6 August 2010 granting Plaintiff's Motion for Entry of Judgment (Doc. # 85) and ordering Defendant property be forfeited to the United

1

States of America pursuant to 21 U.S.C. § 881(a)(6); and from the Judgment (Doc. # 92) issued by the District Court on 6 August 2010 entering Judgment for plaintiff and against defendant, $133,420 in United States Currency and "against claimant, Damon Louis, and all others who have not filed a claim and answer in this action," ordering defendant currency forfeited to the United States pursuant to 21 U.S.C. §881(a)(6) and ordering defendant property be disposed of according to law by the United States Marshals Service.

The appeal noticed herein is directed at "all stages of the proceeding that effectively may be reviewed and corrected if and when final judgment results," including but not limited to all "fully consummated decisions, where they are but steps towards final judgment in which they will merge." See e.g. *United States v. MacDonald,* 435 U.S. 850, 853 (1978).

Dated: 9 August 2010

Respectfully submitted,

/S/DAVID MICHAEL
DAVID M. MICHAEL

Attorney for Claimant DAMON J. LOUIS

2

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on 9 August 2010, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

REID C. PIXLER
Office of the United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
reid.pixler@usdoj.gov

<pre>                                        S/DAVID M. MICHAEL
                                        DAVID M. MICHAEL
                                        Attorney for Claimant DAMON J. LOUIS</pre>

3